**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Hermitage Inn, LLC**<br>Name | EIN | **26–1674515** |
| United States Bankruptcy Court | **District of Vermont** | Date case filed for chapter **7** | **12/11/19** |
| Case number: | **19–10521** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Hermitage Inn, LLC | |
| 2. | **All other names used in the last 8 years** | aka Hermitage Club, aka Hermitage Inn | |
| 3. | **Address** | PO Box 60<br>Bethel, VT 05032–0060 | |
| 4. | **Debtor's attorney**<br>Name and address | Raymond J Obuchowski<br>PO Box 60<br>1542 Vt. Rt. 107<br>Bethel, VT 05032–0060 | Contact phone (802) 234–6244<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Raymond J Obuchowski, Chapter 7 Trustee<br>PO Box 60<br>Bethel, VT 05032–0060 | Contact phone (802) 234–6244<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 9:00 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 12/11/19 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 10, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. Bankruptcy Court – Rutland**<br>**U.S. Post Office and Courthouse**<br>**151 West Street, Room 202**<br>**Rutland, VT** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
District of Vermont

In re:                                                                          Case No. 19-10521-cab
Hermitage Inn, LLC                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0210-2         User: al              Page 1 of 1             Date Rcvd: Dec 11, 2019
                             Form ID: 309C         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
```
db              Hermitage Inn, LLC,    PO Box 60,    Bethel, VT  05032-0060
ust            +U S Trustee,    Office of the United States Trustee,    Leo O'Brien Federal Building,
                 11A Clinton Ave., Room 620,    Albany, NY 12207-2370
855746          Adam Mordecai, Esq.,    Primmer Piper Eggleston & Cramer,    900 Elm St Fl 19,
                 Manchester, NH  03101-2007
855747          Chris Dugan, Esq.,    PO Box 2341,    Brattleboro, VT  05303-2341
855748          Collin De La Bruere,    82 Myrtle St Apt 5,    Boston, MA  02114-4829
855749          Curt Klose,    1188 East St N,    Suffield, CT  06078-1305
855750          Duncan Cable TV,    PO Box 685,    Wilmington, VT  05363-0685
855752          James Barnes,    145 Deercliff Rd,    Avon, CT  06001-2852
855753          LHVT House LLC,    101 N Plains Industrial Rd Bldg 1B,    Wallingford, CT  06492-2360
855754          Lorista Holdings LLC,    101 N Plains Industrial Rd Bldg 1B,    Wallingford, CT  06492-2360
855755          Reinhart Foodservice LLC,    6250 N River Rd Ste 9000,    Rosemont, IL  60018-4241
855756         +Samuel C. Wisotzkey, Esq.,    Kohner, Mann & Kailas, S.C.,    4650 N Port Washington Rd,
                 Milwaukee, WI 53212-1991
855757          Suburban Propane,    240 State Route 10,    Whippany, NJ  07981-2105
855758          Vareschi Plumbing & Heating,    1151 Massachusetts Ave,    North Adams, MA  01247-2259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ray@oeblaw.com Dec 11 2019 20:08:50      Raymond J Obuchowski,    PO Box 60,
                 1542 Vt. Rt. 107,    Bethel, VT  05032-0060
tr              EDI: BRJOBUCHOWSKI.COM Dec 12 2019 01:13:00      Raymond J Obuchowski, Chapter 7 Trustee,
                 PO Box 60,    Bethel, VT  05032-0060
855751          E-mail/Text: credit@greenmountainpower.com Dec 11 2019 20:08:50      Green Mountain Power,
                 163 Acorn Ln,    Colchester, VT  05446-5815
855759          EDI: VERMNTTAX Dec 12 2019 01:13:00      Vermont Department of Taxes,
                 Bankruptcy Unit, 3rd Fl. 109 State St.,    PO Box 429,    Montpelier, VT  05601-0429
                                                                                                TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:
```
              Raymond J Obuchowski    on behalf of Debtor    Hermitage Inn, LLC ray@oeblaw.com,
               marie@oeblaw.com;brian@oeblaw.com;G18313@notify.cincompass.com
              Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
               VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                             TOTAL: 3
```