# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
May 31, 2023

In re:

    Hermitage Inn, LLC (other names used by debtor: Hermitage Club, Hermitage Inn)
    Employer Tax−Identification No (EIN): 26−1674515
                              Debtor.

Case Number: 19−10521 rel
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Raymond J Obuchowski, Chapter 7 Trustee is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: May 31, 2023

Robert E. Littlefield Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149